UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Kyung Ran Lee

                        Plaintiff,

v.                                             Case No.: 1:16–cv–09280
                                                      Honorable John Robert Blakey

Compassionate Care, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 1, 2017:

      MINUTE entry before the Honorable John Robert Blakey: The parties' joint motion to approve settlement and dismiss [49] is granted. The Court, having reviewed the materials submitted by the parties, finds the settlement of this matter to be a fair and reasonable compromise of claims under the Fair Labor Standards Act and the Illinois Minimum Wage Law. The Court, therefore, hereby approves this settlement and dismisses this matter with prejudice, all parties to bear their own costs and fees except as may be otherwise provided in the parties settlement agreement. All set dates, including the 9/7/17 Notice of Motion date, are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.